COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      Donna Gayle Holcomb v. The State of Texas

Appellate case number:    01-08-00337-CR

Trial court case number:  1141352

Trial court:              230th District Court of Harris County

On April 8, 2014, we entered an order (1) reinstating this case on the Court's active docket; (2) directing the Clerk of this Court to enter Nicolas Hughes of the Harris County Public Defender's Office as the attorney of record on behalf of appellant; and (3) requiring appellant's motion for rehearing and/or en banc reconsideration to be filed within 15 days.

On April 9, 2014, Mr. Hughes filed a response with documents certified by the trial court clerk demonstrating that, since the time the supplemental clerk's record was filed, the trial court granted a motion by Mr. Hughes to withdraw as counsel and subsequently appointed Jerome Godinich to represent appellant in this appeal.

Accordingly, the Clerk of this Court is directed to remove Nicolas Hughes and enter Jerome Godinich as the attorney of record on behalf of appellant. As provided in our prior order, appellant's motion for rehearing and/or en banc reconsideration is ORDERED to be filed on or before April 23, 2014.

It is so ORDERED.

Judge's signature: /s/ Justice Jane Bland
⊠  Acting individually    ☐  Acting for the Court

Date:  April 17, 2014